IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Laura J. McLaughlin,<br>         Debtor(s)<br><br><br>PNC Bank NA,<br>         Movant<br><br>          v.<br>Laura J. McLaughlin,<br>         Respondent(s) | Bankruptcy No.: 07-27594-BM<br><br>Chapter 11<br><br>Related to Claim No. 10-1, 10-2 |

**MOTION TO REOPEN CHAPTER 11 CASE**
*(For Purposes of Restricting Access to Non-Public Personal Information)*

**COMES NOW,** PNC Bank NA ("Secured Creditor"), pursuant to Fed. R. Bankr. P. 5010 and 11 U.S.C. § 350(b), and moves this Court to reopen the instant Chapter 11 case for cause, and as grounds thereof states as follows:

1. Upon review of the documents filed in this case, Secured Creditor has identified issues regarding redaction of non-public personal information. Pursuant to W.PA.LBR 9037-1, attached hereto is the Request to Restrict Public Access to Claim (Local Bankruptcy Form 37).

2. Secured Creditor requests the Court reopen the instant case to restrict access to the affected documents and allow for remediation of these issues.

**WHEREFORE,** Secured Creditor, PNC Bank, N.A., respectfully requests this Honorable Court enter an order reopening the case, and for such other and further relief as the Court deems just and proper.

Dated: April 14, 2021

        Respectfully Submitted,

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorney for Secured Creditor
        10700 Abbott's Bridge Rd., Suite 170
        Duluth, GA  30097
        Telephone: (470) 321-7112
        By: /s/ Charles G. Wohlrab
        Charles G. Wohlrab, Esquire
        PA Bar Number  314532
        Email: cwohlrab@raslg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Laura J. McLaughlin,<br>       Debtor(s)<br><br><br>PNC Bank NA,<br>       Movant<br><br>v.<br>Laura J. McLaughlin,<br>       Respondent(s) | Bankruptcy No.: 07-27594-BM<br><br>Chapter 11<br><br>Related to Claim No. 10-1, 10-2 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Laura J. McLaughlin
2 Ann Street
Pittsburgh, PA 15215

John P. Lacher
960 Penn Avenue
Suite 1200
Pittsburgh, PA 15222

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

Norma Hildenbrand, on Behalf of the United States Trustee by
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                                  Respectfully Submitted,

                                                  Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Authorized Agent for Secured Creditor
6409 Congress Avenue, #100
Boca Raton, FL 33487
Tel: (561) 241-6901
Fax: (561) 241 -1969

By: /s/ Kayan Johnson
     Kayan Johnson
     Email: kjohnson@raslg.com